ANDREW L. PACKARD (State Bar No. 168690)
MEGAN E. TRUXILLO (State Bar No. 275746)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
        Megan @ packardlawoffices.com

FREDRIC EVENSON (State Bar No. 198059)
Ecology Law Center
P.O. Box 1000
Santa Cruz, CA 95061
Tel: (831) 454-8216
E-mail: Evenson@ecologylaw.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOMPOC, CLAUDIA STINE, KEITH QUINLAN, and GALE GREER,<br><br>Defendants. | **Case No. 2:15-cv-04448-TJH-SSx**<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE [FRCP 41(a)(2)] [JS-6]**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

## ORDER

Good cause appearing, and the Parties having stipulated and agreed, IT IS HEREBY ORDERED that Plaintiff ECOLOGICAL RIGHTS FOUNDATION'S claims against Defendants CITY OF LOMPOC, CLAUDIA STINE, KEITH QUINLAN, and GALE GREER, as set forth in Plaintiff's 60-Day Notice Letter and Complaint, are hereby dismissed with prejudice, each side to bear its own attorney fees and costs, except as provided for by the terms of the accompanying Consent Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement (attached to the Parties' Stipulation to Dismiss as Exhibit A) until December 31, 2018.

IT IS SO ORDERED.

Dated:  May 2, 2016

_____
Hon. Terry J. Hatter, Jr.,
UNITED STATES DISTRICT JUDGE